UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:09-CV-39-KKC

ABDUS-SHAHID M.S. ALI     PLAINTIFF

VS:     **JUDGMENT**

VERNON MORGAN, ET AL.     DEFENDANTS

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Plaintiff Abdus-Shahid M.S. Ali, who is currently confined in the Springfield Federal Medical Center ("FMC-Springfield), located in Springfield, Missouri, has filed a prisoner *pro se* civil rights action under 28 U.S.C. §1331, pursuant to the doctrine announced in *Bivens v. Six Unknown Federal Narcotics Agents*, 430 U.S. 388 (1971).

(2) The named defendants are: (A) Vernon Morgan, Factory Foreman/ Manager at the United States Penitentiary Big Sandy ("USP-Big Sandy"); (B) John R. Grindstaff, Associate Warden of USP-Big Sandy; (C) Hector A. Rios, the former Warden of USP-Big Sandy; (D) Harley Lappin, the Director of the Bureau of Prisons; and (E) "Mrs. Phipps," whom the plaintiff identifies as the "FBI-UNICOR Accountant.

(3) The Complaint [Record No. 2] is **DISMISSED WITH PREJUDICE**.

(4) Judgment **IS ENTERED** in favor of the named defendants.

(5) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause

for delay.

    (6)    The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

    (7)    This matter [09-CV-39-KKC] **IS STRICKEN** from the active docket.

Dated this 27th day of March, 2009.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge